

George Emanuel BLACK, Appellant, v. UNITED STATES of America, Appellee.

No. 10995.

Circuit Court of Appeals, Fifth Circuit.

May 30, 1944.

Rehearing Denied June 26, 1944.

Joe Brown Booth, of Miami, Fla., for appellant.

Herbert S. Phillips, U. S. Atty., of Tampa, Fla., and Ernest L. Duhaime, Asst. U. S. Atty., of Miami, Fla., for appellee.

Before HUTCHESON, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

Nothing in this case distinguishes it from Fletcher v. United States, 5 Cir., 129 F.2d 262, 263; Harvey Gilmore Nicholson v. United States (Lowery v. United States), 141 F.2d 981; and Nick Falbo v. United States, 320 U.S. 549, 64 S.Ct. 346. On the authority of those cases, therefore, the judgment, Nicholson v. United States, 141 F.2d 981, is affirmed.

Donald James DE VORE, alias Dr. James R. Bartello, alias James R. Fontaine, Appellant, v. UNITED STATES of America, Appellee.

No. 11015.

Circuit Court of Appeals, Fifth Circuit.

May 30, 1944.

Rehearing Denied June 27, 1944.

Edwin H. Grace, of New Orleans, La., for appellant.

Herbert W. Christenberry, U. S. Atty., and Edw. J. Boyle, Asst. U. S. Atty., both of New Orleans, La., for appellee.

Before HUTCHESON, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

On the authority of Lamar v. United States, 241 U.S. 103, 36 S.Ct. 535, 60 L.Ed. 912; Heskett v. United States, 9 Cir., 58 F. 2d 897; and United States v. Lepowitch, 318 U.S. 702, 63 S.Ct. 914, 87 L.Ed. 1091, the judgment is affirmed.

Charles Arthur NESSELROTTE, Appellant, v. UNITED STATES of America, Appellee.

No. 10978.

Circuit Court of Appeals, Fifth Circuit.

May 30, 1944.

Rehearing Denied June 26, 1944.

W. D. Bell, of Miami, Fla., for appellant.

Herbert S. Phillips, U. S. Atty. of Tampa, Fla., and Ernest L. Duhaime, Asst. U. S. Atty., of Miami, Fla., for appellee.

Before HUTCHESON, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

Nothing in this case distinguishes it from Fletcher v. United States, 5 Cir., 129 F.2d 262, 263; Harvey Gilmore Nicholson v. United States (Lowery v. United States), 141 F.2d 981; and Nick Falbo v. United States, 320 U.S. 549, 64 S.Ct. 346. On the authority of those cases, therefore, the judgment, 141 F.2d 981, is affirmed.